☑ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A 2014 NISSAN VERSA BEARING<br>NC REGISTRATION PLATE TJN4072<br>AND VIN 3N1CN7AP8EL839992 | )<br>)<br>)   Case No. 1:23MJ 364<br>)<br>)<br>) |

FILED JAN 08 2024, IN THIS OFFICE, Clerk U.S. District Court, Greensboro, N.C.

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____September 12, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____L. Patrick Auld_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 08/29/23, 12:21 pm          *Judge's signature*

City and state: Greensboro, North Carolina      L. Patrick Auld, United States Magistrate Judge
                                                 *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 1:23MJ 364 | Date and time warrant executed: 8/29/2023 @ 2:30 pm | Copy of warrant and inventory left with: left in vehicle |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

See attached FD-597 Receipt of Property.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/02/2024

*Executing officer's signature*

Eric Nye    Special Agent   FBI
*Printed name and title*

## ATTACHMENT A

### VEHICLE TO BE SEARCHED:

The SUBJECT VEHICLE is a 2014 Nissan Versa, bearing North Carolina registration plate TJN4072, and VIN 3N1CN7AP8EL839992, currently under the control of the UNC Chapel Hill Campus Police in Chapel Hill, NC.

7

## ATTACHMENT B

*Property to be seized*

The items to be seized are evidence of a crime, contraband, fruits of crime, or other items illegally possessed, and property designed for use, intended for use, or used in committing a crime, in whatever form and however stored, relating to violation of 18 U.S.C. § 922(g)(5)(B), possession of a firearm and ammunition by an alien admitted to the United States under a nonimmigrant visa, committed by TALEI QI ("the Subject") in the form of:

- Firearms, ammunition, firearm magazines, firearms packaging;
- Cellular telephones;
- Laptops and digital storage devices;
- Documents indicating residency;
- Documents referencing the subject's immigration status;
- Receipts referencing the purchase, use or intended use of firearms;
- Safes or secured storage containers;
- Photographs or other documents showing possession, purchase, and use or intended use of firearms and/or ammunition;
- Documents indicating the subject's motive for the use, possession, or intended use of the firearm and ammunition, and the shooting;
- Documents showing the subjects relationship with the victim;

The seizure and search of safes, both combination and key type, or secured storage containers that could hold documents, devices, and objects such as those described above in this Attachment, and entry into those safes and secured storage containers by force, is

8

authorized by this warrant if such entry cannot easily be achieved by other means, and seizure of the contents, which contain evidence of the commission of the target offense in the forms identified above.

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

**Case ID:** 356A-CE-3805794

**On (date):** 8/29/2023

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

**(Name)** 2014 NISSAN VERSA

**(Street Address)** NC TJN-4072

**(City)** VIN: 3N1CN7AP8EL839992

**Description of Item(s):** Ammunition Holder; notebook; Wallet and contents; two CDs; Vehicle registration documents; Chase bank receipt; three CDs; $1,011.25 USD; Chinese currency $100 notes

MVH 8/29/2023
NOTHING FOLLOWS

**Received By:** (Signature)

**Printed Name/Title:** SA MONIKA VAN HOOSER

**Received From:** unavailable to sign (Signature)

**Printed Name/Title:**